

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00028-CV
_____


THE CRAWFORD FAMILY FARM PARTNERSHIP, Appellant

V.

TRANSCANADA KEYSTONE PIPELINE, L.P., Appellee



On Appeal from the County Court at Law
Lamar County, Texas
Trial Court No. 80810



Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

On March 8, 2012, this Court denied The Crawford Family Farm Partnership's (Crawford) petition for writ of mandamus because the order against which the mandamus was sought, an order denying a permanent injunction, is, by statute, appealable.

Because Crawford alternatively asked this Court to treat the document as its attempt to perfect an interlocutory appeal, we filed it on March 8 under this cause number and treated it as a notice of appeal.   We also informed Crawford that due to this being an accelerated, interlocutory appeal, the record was due ten days from March 8.

When no clerk's or reporter's record had been filed by March 26, our clerk's office contacted the district clerk and the court reporter.   She was informed that no request had been made for preparation of the record, and no payment had been made for its preparation.

Crawford is not indigent and is therefore responsible for payment of the clerk's and reporter's records.   *See* TEX. R. APP. P.   20.1, 35.3(a)(2), (b)(3).

On March 26, we contacted Crawford by letter, informing it that a response was to be received on or before April 6, 2012, and warning that if we did not receive an adequate response within ten days of March 26, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Crawford.   Pursuant to TEX. R. APP. P. 42.3(b), we dismiss this appeal for want of prosecution.


                                       Jack Carter
                                       Justice

Date Submitted:      April 12, 2012
Date Decided:       April 13, 2012